UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS MAMONE,<br><br>Plaintiff,<br>v.<br><br>DANA SATAY,<br><br>Defendant. | CASE NO. 3:26-cv-06061-DGE<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (DKT. NO. 10) |

This matter comes before the Court on its own review of the record. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or relevant here, 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). On October 14, 2026, Defendant filed a motion to dismiss Plaintiff's complaint. (Dkt. No. 10.) On November 1, 2026, Plaintiff filed amended complaint. (Dkt. No. 13.)

As Plaintiff's amended complaint supersedes their original complaint, the Court DENIES as moot Defendant's motion to dismiss (Dkt. No. 10) Plaintiff's complaint. *See Valadez v.*

*Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011); *Umouyo v. Bank of America NA*, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022). To the extent Defendant believes it appropriate, Defendant may file a new motion to dismiss as may be allowed by the court rules.

Dated this 16th day of November, 2026.

David G. Estudillo
United States District Judge